UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON F. RANTEESI,<br><br>Petitioner,<br><br>v.<br><br>ERIC ARNOLD, Warden,<br><br>Respondent. | No. 2:18-cv-0541 KJM DB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner claims he is entitled to relief from his 2006 murder conviction because he was legally unconscious at the time of the crime. (ECF No. 1.) By order dated November 26, 2018, the undersigned recommended this action be dismissed because it was premised on an unauthorized successive petition for writ of habeas corpus. (ECF No. 12.) Presently before the court is petitioner's third motion to appoint counsel. (ECF No. 16.)

Petitioner has requested the court appoint "counsel and/or [a] Special Master (Referee) to assist him in his gross injustice he is subjected to." (ECF No. 16.) In support of his motion to appoint counsel he argues that he is "a victim of so many circumstances because the Paxil medication was a Massive Fraud." (ECF No. 16 at 4.) He further argues the court should appoint counsel because his claims in this case will involve complex issues and will require expert testimony.

////

1

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at the present time because it has recommended that the petition be dismissed as successive.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 16) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: December 18, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas/rant0541.110(2)